**NAU GRAIN COMPANY OF LIPPINCOTT, INC.,
Plaintiff-Appellee, v. BRITTON, Defendant-Appellant.**

Ohio Appeals, Second District, Champaign County.

No. 128.   Decided March 21, 1952.

Houston, Houston & Holding, Russell B. Holding, of Counsel,
Urbana, for plaintiff-appellee.

Donald M. Gibbs, Urbana, for defendant-appellant.

### OPINION

By THE COURT:

This is a law appeal from the judgment of the Common
Pleas Court in favor of the plaintiff rendered upon the ver-
dict of a jury.   The error assigned is that the judgment is
not sustained by sufficient evidence and is contrary to law.
The appellant concedes that there was a conflict in the
evidence, but urges that the testimony of one of the plain-
tiff's witnesses, Mildred McLaughlin, corroborates his evi-
dence and that when the judgment is plainly inconsistent
with facts conclusively established by the evidence of the
prevailing party, the judgment should be reversed as being
unsupported or against the weight of the evidence.   We are in
accord with the appellant as to the legal principle involved, but
cannot agree that the evidence established by the plaintiff-ap-
pellee is plainly inconsistent with the judgment.   Our exam-
ination of the testimony of this witness reveals that it is
subject to two interpretations, one supporting the appel-
lant and the other, the appellee.   It is the function of
the jury to interpret the evidence and give it the weight
to which it is entitled under proper instructions from the
court.   All of this appears to have been properly done.

Finding no error in the record, the judgment will be af-
firmed.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.